IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YOLANDA DOSIER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ATLANTA, GEORGIA,<br><br>Defendant. | CIVIL ACTION NO.<br>1:20-cv-04477-WMR |

## ORDER

Before the Court is a discovery dispute between the parties over Plaintiff's access to certain of Defendant's employees' cellphone records.

By noon on Monday, November 22, 2021, Plaintiff is **ORDERED** to file with the Court a list of the individuals for whom Plaintiff wishes to obtain cellphone records and explanations for how each set of records is relevant to the allegations of the complaint.

By noon on Tuesday, November 23, 2021, Defendant is **ORDERED** to file with the Court its responses to Plaintiff's filing.

The Court will issue an order resolving the parties' dispute on Wednesday, November 24, 2021.

**IT IS SO ORDERED**, this 19th day of November, 2021.

_William M. Ray II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE